ACCEPTED
03-14-00701-CR
6942386
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/15/2015 11:28:43 PM
JEFFREY D. KYLE
CLERK

## NO.  03-14-00701-CR

| | | | |
|---|---|---|---|
| **BARRY PIZZO** | § | **IN THE** | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| | § | | |
| | § | | |
| **VS.** | § | **THIRD COURT** 9/15/2015 11:28:43 PM | |
| | § | | JEFFREY D. KYLE |
| **STATE OF TEXAS** | § | **OF APPEALS** | Clerk |

## MOTION TO SUPPLEMENT
## APPELLATE RECORD WITH OMITTED TRANSCRIPTIONS

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes BARRY PIZZO, Appellant in the above styled and numbered cause, and pursuant to Tex.R.App.Pro. Rule 34.6(d), requests this Court to supplement the appellate record with omitted transcriptions of trial proceedings, and for good cause would show as follows:

1.     This case is on appeal from the 207th Judicial District Court of Comal County, Texas.

2.     The case below was styled the STATE OF TEXAS vs. BARRY PIZZO, and numbered CR-2013-146.

3.     Appellant was convicted of TAMPERING WITH OR FABRICATING PHYSICAL EVIDENCE, a felony offense.

4.     Appellant was assessed a sentence of confinement in the Texas Department of Criminal Justice for LIFE.

5.     Counsel for appellant has reviewed the partial appellate record submitted to this Court.  Through his review, Counsel has determined that a speedy trial

violation occurred and a motion to set aside the indictment due to the speedy trial violation was denied by the trial court. (RR V 22, 24).

In arguing against the motion to set aside the indictment due to the speedy trial violation, the State made several allegations regarding the cause for delay. (RR V 11). Specifically, the State addressed the cause for the delays of the May 2014 trial setting and the August 2014 trial setting. (RR V 11).

The instant cause was set for trial **four** separate times. (RR V 6). *See also* Exhibit A.

The attached exhibit details the instant matter being set for trial on May 27, 2014. *No transcription of announcements made in connection with that trial setting are part of the present record.*[1]

The attached exhibit details the instant matter being set for trial on July 7, 2014. *No transcription of announcements made in connection with that trial setting are part of the present record.*

The attached exhibit details the instant matter being set for trial on August 18, 2014. Volume 4 of the present reporter's record is a transcription of the announcements made in connection with that trial setting.

The attached exhibit details the instant matter being set for trial on September

---

[1] In a separate instance, the State represented that evidence was not provided to the Defense due to its contents including child pornography. (RR V 21). Later in the record, it was revealed that the evidence in question did not contain child pornography. (RR IV 90). Accordingly, while counsel

29, 2014.  Volume 5 of the present reporter's record is a transcription of the announcements made in connection with that trial setting.

6.      Accordingly, the record before this Court is incomplete and does not provide an adequate basis for review of the merits of potential claims, in particular a claim regarding a speedy trial violation.  At a minimum, the omitted evidentiary items are believed to be relevant to the evaluation and development of claims relating to whether appellant was provided his right to a speedy trial.

7.      The omitted recordings/transcriptions are currently possessed by the Official Court Reporter for the 207th Judicial District Court of Comal County, Texas.

8.      In order to facilitate a full review of the appellate record by appellate counsel and by this Court on appellate review, Appellant requests this Court to direct the Official Court Reporter for the 207th Judicial District Court of Comal County, Texas to expeditiously forward to this Court for inclusion within the appellate record transcriptions of any and all settings had in the instant cause to include, but not limited to, the announcements made in the trial court of the May 27, 2014 trial setting and the July 7, 2014 trial setting.  Additionally, appellant would request the appellate record be supplemented with transcriptions of each and every setting in the trial court in the instant matter.

9.      Each of the requested transcriptions are essential *on appeal* to the

for appellant would accept the State's version of the announcements made in connection with the

evaluation and development of claims relating to whether appellant was provided with a speedy trial.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Supplement the Appellate Record and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

THE PASTRANO LAW FIRM, P.C.
The Old Cotton Exchange Building
202 Travis Street, Suite 307
Houston, Texas 77002
Telephone:  713.222.1100
Facsimile:   832.218.7114


By:_____
     E. CHEVO PASTRANO
     State Bar No. 24037240
     chevo@pastranolaw.com

Counsel for Appellant

---

May 2014 trial setting, a transcription of the announcements can verify those events.

## CERTIFICATE OF SERVICE

This is to certify that on September 16, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Comal County, Texas, via facsimile and/or email.

_____
E. Chevo Pastrano